Argued and submitted February 28, reversed in part for award of attorney fees; otherwise affirmed August 21, 1991

In the Matter of the Compensation of
Ernest C. Richter, Claimant.

Ernest C. RICHTER,
*Petitioner,*

*v.*

PACIFIC AUTO BODY & PAINT,
Argonaut Insurance Companies,
Dean's Body & Paint Company, Inc.
and SAIF Corporation,
*Respondents.*

(WCB Nos. 88-04556, 86-13711,
85-12160; CA A64845)

816 P2d 660

Karen M. Werner, Eugene, argued the cause and filed the brief for petitioner.

Bradley R. Scheminske, Portland, argued the cause for respondents Pacific Auto Body & Paint and Argonaut Insurance Companies. On the brief were Nancy J. Meserow and Scheminske & Lyons, Portland.

No appearance by respondents Dean's Body & Paint Company, Inc. and SAIF Corporation.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Substantial evidence supports the Workers' Compensation Board's conclusion that claimant lacked good cause for failing to appear at his hearings, and the Board did not err in dismissing his request for a hearing on the issue of the extent of disability. *See* ORS 656.298(6); ORS 183.482(8).

Claimant also argues that he is entitled to attorney fees under ORS 656.386, because Argonaut Insurance Companies, as insurer of Pacific Auto Body & Paint, rescinded its denial of compensability of chiropractic treatment. After the Board's decision in this case, the legislature amended ORS 656.386 to provide for attorney fees in this situation, and the amendment applies retroactively to those cases in which the order was not final on or before the effective date of the act. SB 540, § 3 (1991).

Reversed in part and remanded for award of attorney fees; otherwise affirmed.